UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MICHAEL TODD BAILEY                                                                                    PLAINTIFF

v.                                         Case No. 5:20-cv-05065

SHERIFF TIM HELDER, et al.                                                                         DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 25) from United States Magistrate Judge Mark E. Ford. The Magistrate recommends that the Court grant Separate Defendant Tim Helder's motion (Doc. 17) to dismiss. Plaintiff Michael Todd Bailey filed a response to the report and recommendation indicating he has no objection to dismissal of Sheriff Helder. The Court has conducted careful review of this case. The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendant's motion (Doc. 17) to dismiss is GRANTED and all claims against Sheriff Tim Helder are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 12th day of August, 2020.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE